UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANG LIM JI,

        Petitioner,

    v.

TRAVIS PENNINGTON,

        Respondent.

Case No. 24-cv-04176-HSG

**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER**

Re: Dkt. No. 13

Good cause being shown, Respondent's request for an extension of time to file an answer to the Court's Order to Show Cause is GRANTED. Dkt. No. 13. Respondent shall file an answer by **March 21, 2025**. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent by **March 21, 2025**.

This order terminates Dkt. No. 13.

**IT IS SO ORDERED.**

Dated: 2/21/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge